IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY  D.C.

05 SEP -6 AM 8:10

UNITED STATES OF AMERICA

v.

KIMBERLY MAXWELL                                    05cr20308-2-D

## ORDER SPECIFYING PERIOD OF EXCLUDABLE DELAY
## UNDER THE SPEEDY TRIAL ACT

The defendant has this day notified the Court that she is attempting to obtain private counsel to represent her in this action. Pursuant to the Speedy Trial Act, as set out in 18 U.S.C. §3161(h)(8)(B)(iv), a defendant may be granted a period of excludable delay while attempting to obtain private counsel.

It is therefore ORDERED that the time period of __9/02/05__ through __9/14/05__ be excluded from the time its imposed by the Speedy Trial Act for trial of this case, while the defendant is attempting to obtain private counsel.

ARRAIGNMENT IS RESET TO __WEDNESDAY, SEPTEMBER 14, 2005__ AT __9:30 A.M.__ BEFORE MAGISTRATE JUDGE __DIANE K. VESCOVO__.

This __2__ day of __September__, 2005.

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on _____

UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 18 in case 2:05-CR-20308 was distributed by fax, mail, or direct printing on September 9, 2005 to the parties listed.

---

Michael Edwin Scholl
THE SCHOLL LAW FIRM
8 S. Third St.
Fourth Floor
Memphis, TN 38103--238

Thomas A. Colthurst
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT