FILED BY CY D.C.
05 OCT 28 PM 3:34
THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF TENNESSEE WESTERN DIVISION

**UNITED STATES OF AMERICA,**

Plaintiff,

vs.

Case No. 05-20308 D

**KIMBERLY MAXWELL,**

Defendant.

## ORDER OF TRANSFER

It appearing to the Court, for good cause shown, that the above-styled case is hereby transferred to Judge J. Daniel Breen, who is presiding over Co-Defendant, Patrick D. Maxwell, in the same case. The parties shall, on all pleadings and correspondence related to this matter, change the judge's initials in the case number from 05-20308 DV to 05-20308 B V.

IT IS SO ORDERED this 27th day of October 2005.

BERNICE BOUIE DONALD
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 10/31/05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 38 in case 2:05-CR-20308 was distributed by fax, mail, or direct printing on October 31, 2005 to the parties listed.

---

Harold D. Archibald
ARCHIBALD & HALMON
22 North Front Street
Ste. 790
Memphis, TN 38103

Mark Saripkin
LAW OFFICE OF MARK SARIPKIN
140 N. Third St.
Memphis, TN 38103

Michael Edwin Scholl
THE SCHOLL LAW FIRM
8 S. Third St.
Fourth Floor
Memphis, TN 38103--238

Thomas A. Colthurst
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT