FILED BY ___*k*___ D.C.

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE 05 NOV 10 PM 4: 55
WESTERN DIVISION

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN. MEMPHIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff, | ) ) ) ) | |
| vs. | ) ) | Docket No. 05-20308-B |
| KIMBERLY MAXWELL,<br>Defendant. | ) ) ) | |

## ORDER ON DEFENDANT'S REQUEST FOR
## ADDITIONAL TIME IN WHICH TO FILE MOTIONS

Before the Court is the motion of Defendant requesting an additional time in which to

file motions. For good cause shown, Defendant's request is granted. Defendant shall have until

_December 12, 2005_ , to file motions in this cause.

It is so ordered this _10th_ day of _November_ , 2005.

UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on _11-14-05_

-1-

(53)

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 53 in case 2:05-CR-20308 was distributed by fax, mail, or direct printing on November 14, 2005 to the parties listed.

Harold D. Archibald
ARCHIBALD & HALMON
22 North Front Street
Ste. 790
Memphis, TN 38103

Thomas A. Colthurst
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Mark Saripkin
LAW OFFICE OF MARK SARIPKIN
140 N. Third St.
Memphis, TN 38103

Michael Edwin Scholl
THE SCHOLL LAW FIRM
8 S. Third St.
Fourth Floor
Memphis, TN 38103--238

Honorable J. Breen
US DISTRICT COURT