THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

UNITED STATES OF AMERICA,
PLAINTIFF,

V.   No. 05-20308-B

KINBERLY MAXWELL,
DEFENDANT.

## ORDER GRANTING DEFENDANT'S MOTION OF CONTINUANCE AND SPECIFYING PERIOD OF EXCLUDABLE DELAY

This cause was set for a report date of Wednesday, December 21, 2005, at 9:30am. Counsel for the defendant had requested a continuance of the report date due to his unavailability.

The Government does not object to the continuance. For good cause shown the Court grants Defendant's motion and will reschedule the report date until January 30, 2006, at 9:30am in Courtroom 1, 11th Floor of the Federal Building, Memphis, TN with a trial date of February 6, 2006.

The period from January 13, 2006 through February 17, 2006 is excludable under 18 U.S.C. #3161(h)(8)(B)(iv) because the ends of justice served in allowing for additional time to prepare outweigh the need for a speedy trial.

**It is so ordered** this 22nd day of November, 2005.

J. DANIEL BREEN

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 11-23-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 55 in case 2:05-CR-20308 was distributed by fax, mail, or direct printing on November 23, 2005 to the parties listed.

---

Harold D. Archibald
ARCHIBALD & HALMON
22 North Front Street
Ste. 790
Memphis, TN 38103

Mark Saripkin
LAW OFFICE OF MARK SARIPKIN
140 N. Third St.
Memphis, TN 38103

Thomas A. Colthurst
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Michael Edwin Scholl
THE SCHOLL LAW FIRM
8 S. Third St.
Fourth Floor
Memphis, TN 38103--238

Honorable J. Breen
US DISTRICT COURT